UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEA REA,<br><br>              Plaintiff,<br><br>     v.<br><br>THE SALVATION ARMY, *et al*,<br><br>              Defendants. | **1:13-cv-1486 LJO-BAM**<br><br><br><br>**ORDER SETTING DISCOVERY CONFERENCE** |

In response to the Court's minute order (Doc. 28), the parties have advised that Defendants do not agree to resolve Plaintiff's Motion to Compel Discovery filed on November 21, 2014 informally.  (Doc. 25).  Defendants also notified chambers that another discovery dispute regarding taking Plaintiff's deposition has arisen, and Defendants request an informal conference to resolve this issue.  In light of these on-going disputes, and in the interest of judicial economy, the Court converts the hearing scheduled for Friday December 19, 2014, at 9:30 a.m. to a discovery conference.  **The personal appearance of counsel is *required* at the conference *and counsel is advised that they shall stay until resolved***.  At the discovery conference, Counsel shall

1

be prepared to meet and confer with each other on each of the discovery requests in detail, including but not limited to, Mr. Paugh's employment status and how the ministerial exception applies to him, the existence of his personnel file, as well other incidents of harassment at the Modesto Citadel during the relevant time periods.  In lieu of a joint statement, each party shall file up to a five-page statement briefly outlining their respective positions on the disputes, including relevant legal arguments **no later than 12:00 p.m. on Monday, December 15, 2014**. At the discovery conference, if the issues remain unresolved by the parties, the Court will take the issues under submission.  The parties are directed to continue to meet and confer and to notify the Court forthwith if an agreement is reached.

IT IS SO ORDERED.

Dated:   **December 4, 2014**             /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE