# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIMBERLEA REA,** | **1:13-CV-01486-LJO-BAM** |
| **Plaintiff,** | **ORDER TO DISMISS WITH PREJUDICE AND CLOSE ACTION (Doc. 38)** |
| **v.** | |
| **THE SALVATION ARMY, et al.,** | |
| **Defendants.** | |

Based on all Parties' stipulation to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

      1.    DISMISSES with prejudice this entire action and all claims;

      2.    VACATES all pending dates and matters; and

      3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **February 18, 2015**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE